IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. WILLIAMS,<br><br>      Plaintiff(s),<br><br>vs.<br><br>CITY OF HAYWARD, et al.,<br><br>      Defendant(s). | No. C 11-1721 CRB (PR)<br><br>ORDER OF DISMISSAL |

      Per order field on August 12, 2011, the court dismissed plaintiff's pro se complaint for damages under 42 U.S.C. § 1983 with leave to amend within 30 days. The court made clear that failure to file a proper amended complaint within the designated time would result in the dismissal of this action.

      More than 40 days have elapsed; however, plaintiff has not filed an amended complaint or sought an extension of time to do so. The action is DISMISSED.

      The clerk enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED:   Oct. 3, 2011  

                      CHARLES R. BREYER
                      United States District Judge

G:\PRO-SE\CRB\CR.11\Williams, R1.dismissal.wpd